IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Clark, Erica M | Case Number: 07 B 17082 |
| | Judge: Squires, John H |
| Printed: 6/24/08 | Filed: 9/19/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 14, 2008
Confirmed: January 16, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 720.00 | |
| Secured: | | 681.11 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 38.89 |
| Other Funds: | | 0.00 |
| Totals: | 720.00 | 720.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Gleason & Gleason | Administrative | 3,000.00 | 0.00 |
| 2. | Consumer Portfolio Services | Secured | 12,697.17 | 638.79 |
| 3. | Great American Finance Company | Secured | 1,254.10 | 42.32 |
| 4. | Internal Revenue Service | Priority | 9,217.46 | 0.00 |
| 5. | Premier Bankcard | Unsecured | 37.04 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 61.60 | 0.00 |
| 7. | AmeriCash Loans, LLC | Unsecured | 221.77 | 0.00 |
| 8. | AAA Community Finance | Unsecured | 102.77 | 0.00 |
| 9. | Consumer Portfolio Services | Unsecured | 1,160.07 | 0.00 |
| 10. | Cottonwood Financial Ltd | Unsecured | 51.82 | 0.00 |
| 11. | Internal Revenue Service | Unsecured | 847.59 | 0.00 |
| 12. | Check Into Cash | Unsecured | | No Claim Filed |
| 13. | Credit Protection Association | Unsecured | | No Claim Filed |
| 14. | ICS | Unsecured | | No Claim Filed |
| 15. | Pay Day Loans | Unsecured | | No Claim Filed |
| 16. | Instant Cash Advance | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 28,651.39 | $ 681.11 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 38.89 |
| | _____ |
| | $ 38.89 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Clark, Erica M

Printed:  6/24/08

Case Number:  07 B 17082
Judge:  Squires, John H
Filed:  9/19/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

